UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CAROL MELTON, | |
| Plaintiff, | NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| -against- | |
| POUGHKEEPSIE CITY SCHOOL DISTRICT, | Civil Action No. 16-CV-09701 (VJB)(LMS) |
| Defendants. | |

---

TO:   Carol Melton.
      P.O. Box 1014
      Poughkeepsie, NY  12602

PLEASE TAKE NOTICE that defendant Poughkeepsie City School District will move before the Hon. Vincent Bricetti, U.S.D.J., at the U.S. Courthouse, White Plains, New York on a date and at a time to be set by the Court, for an Order and Judgment granting said defendant a summary judgment under Fed. R. Civ. P. 56, dismissing the amended Employment Discrimination Complaint in all respects and granting the defendant such other and further relief as the Court may deem just and proper

Dated: December 6, 2018

SHAW, PERELSON, MAY & LAMBERT, LLP
Attorneys for Defendant

By:_____/S_____
Mark C. Rushfield, Esq. (MCR 0231)
Of Counsel to the Firm
21 Van Wagner Road
Poughkeepsie, N.Y. 12603
845/486-4200
mrushfield@shawperelson.com