
each System                                                                                                     Page 1 of

ccount Information

## Person Information

| | | | |
|---|---|---|---|
| Name | CAROL MELTON | SSN | ***-**-9957 |
| Date of Birth | 11/04/1964 | Teacher Id | 1686096 |
| Gender | Female | Address | P.O. BOX 1014<br>POUGHKEEPSIE, NY 12602 |

## Certificates

| Credential | Status | Application Type | Issued / Effective Date | Original Exp. Date | Time Extended Exp. Date | Control Number |
|---|---|---|---|---|---|---|
| Technology Education, Initial Certificate | Disapproved | CERTIFICATE | | | | |
| Teaching Assistant, Continuing Certificate | Issued | CERTIFICATE | 09/01/2000 | | | 28511001 |
| Teaching Assistant, Temporary TA License | Expired | CERTIFICATE | 09/01/1999 | 08/31/2000 | | 982766001 |

pplications are valid for three years or two evaluations, whichever comes first.

## Applications

| Credential | Cert Path | Application Type | Status | Application Date | Evaluation History | Application Paid? |
|---|---|---|---|---|---|---|
| | | | No Data Found | | | |

ttps://eservices.nysed.gov/teach/teachext/Inquiry.do                                                    3/5/201